■ In the Matter of RICHARD DAVI, Petitioner, v PETER F. COSGROVE, as Commissioner of the Police Department of the County of Suffolk, Respondent. [621 NYS2d 386] —Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of the Police Department of the County of Suffolk, dated March 8, 1993, which, after a hearing, revoked the petitioner's pistol license.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

The petitioner's pistol license was revoked, following a hearing, based upon his conviction of two counts of criminal possession of stolen property in the fifth degree (Penal Law § 165.40). Notwithstanding that this misdemeanor is not defined as a "[s]erious offense" (Penal Law § 265.00 [17] [b])

mandating automatic revocation of the license (Penal Law § 400.00 [11]), there is ample evidence in the record demonstrating that the petitioner lacks a good moral character *(see,* Penal Law § 400.00 [1]; *Matter of Lipton v Ward,* 116 AD2d 474; *Matter of Pelose v County Ct.,* 53 AD2d 645).* Therefore, the determination revoking the petitioner's license was supported by substantial evidence. It was neither arbitrary and capricious nor an abuse of discretion *(see, Matter of Hayden v Suffolk County Police Dept.,* 143 AD2d 752; *see also, Matter of Gordon v LaCava,* 203 AD2d 290; *Matter of Lipton v Ward, supra; Matter of Pelose v County Ct., supra).*

We have reviewed the petitioner's remaining contentions and find them to be without merit. Mangano, P. J., Sullivan, Balletta and Miller, JJ., concur.